UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                   Plaintiff,

                        DECISION AND ORDER

                        15-CR-6064DGL

             v.

TODD GLENN DEAN,

                                   Defendant.
_____

       Defendant Todd Glenn Dean ("Dean") has filed three separate motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1). This Court denied his third motion by Decision and Order filed May 2, 2024 (Dkt. #61). I determined that Dean had failed to demonstrate extraordinary and compelling reasons to justify reduction of the 216-month sentence imposed by virtue of Dean's guilty plea to coercion and enticement of a minor to engage in sexual activities. A review of all of the general sentencing factors under 18 U.S.C. § 3553(a) also warranted denial of the motion.

       Now a mere four (4) days after the filing of the Decision and Order denying relief, Dean has filed yet another motion for compassionate release (Dkt. #62). It is not clear whether Dean intends this as a new motion or a motion for reconsideration, or a supplement to his prior motion. After review of Dean's present filing, whatever its nature, there is no basis to grant compassionate release. Dean has failed to carry his burden of showing compelling and extraordinary reasons for a reduction.

## CONCLUSION

Todd Glenn Dean's motion (Dkt. #62) is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
May 15, 2024.